■ The People of the State of New York, Respondent, v Miguel Rodriguez, Appellant. [696 NYS2d 681] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Marrus, J.), rendered April 10, 1997, convicting him of conspiracy in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

During the trial which lasted more than five weeks, a sworn juror became unavailable for continued service by reason of illness (*see,* CPL 270.35). The court conducted a reasonably thorough inquiry and recited on the record the facts and reasons for the dismissal, as required (*see, People v Page,* 72 NY2d 69, 73; *People v O'Connor,* 222 AD2d 705).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80, 86).

The defendant's remaining contentions are without merit. S. Miller, J. P., Sullivan, Altman and McGinity, JJ., concur.